David B. Rosenbaum, AZ Bar No. 009819 *Admitted Pro Hac Vice*
Maureen Beyers, AZ Bar No. 017134 *Admitted Pro Hac Vice*
James K. Rogers, AZ Bar No. 027287 *Admitted Pro Hac Vice*
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona  85012-2793
(602) 640-9000
drosenbaum@omlaw.com
mbeyers@omlaw.com
jrogers@omlaw.com

Robert S. Niemann (State Bar #87973)
(niemann@khlaw.com)
KELLER AND HECKMAN LLP
One Embarcadero Center, Suite 2110
San Francisco, California  94111
Telephone:    415-948-2800
Facsimile:    415-948-2808

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| ALETA LILLY and DAVID COX, on behalf of himself and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JAMBA JUICE COMPANY and INVENTURE FOODS, INC., formerly known as The Inventure Group, Inc.,<br><br>Defendants. | Case No. 3:13-cv-02998-JST<br><br>**STIPULATION TO EXTEND TIME TO REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Hearing Date:  November 21, 2013<br>Time:  2:00 p.m.<br>Courtroom: 9<br><br>Complaint Filed:  June 28, 2013<br>Trial Date: None Set |
|---|---|

The parties stipulate and agree that Defendants may have a 2-day extension, until October 9, 2013, to file their Reply to Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss, filed on September 30, 2013.  Oral argument on the Motion to

Dismiss is scheduled for November 21, 2013, more than five weeks from the date of the proposed due date.

DATED this 1st day of October, 2013.

| FINKELSTEIN THOMPSON LLP | OSBORN MALEDON, P.A. |
|---|---|
| By: /s/ Rosemary M. Rivas (w/ permission)<br>    Rosemary M. Rivas<br>    505 Montgomery Street, Suite 300<br>    San Francisco, CA  94111 | By: /s/ Maureen Beyers<br>    David B. Rosenbaum (*pro hac vice*)<br>    Maureen Beyers (*pro hac vice*)<br>    James K. Rogers (*pro hac vice*) |
| Marc L. Godino<br>GLANCY BINKOW & GOLDBERG, LLP<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA  90067 | Robert S. Niemann<br>KELLER AND HECKMAN LLP<br>One Embarcadero Center, Suite 2110<br>San Francisco, California  94111 |
| Attorneys for Individual and Representative Plaintiffs Aleta Lilly and David Cox | Attorneys for Defendants |

## **ATTESTATION UNDER GENERAL ORDER 45**

I, Maureen Beyers, attest that the concurrence in the filing of this document has been obtained from Rosemary M. Rivas, which shall serve in lieu of her signature.

/s/ Maureen Beyers
Maureen Beyers

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants:

/s/ Lindsay B. Jensen

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties;

IT IS HEREBY ORDERED extending the deadline to Reply to Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendants' Motion to Dismiss to October 9, 2013.

**IT IS SO ORDERED.**

Date: October 1, 2013



Case No. 3:13-cv-02998-JST 3
**STIPULATION TO EXTEND TIME TO REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**