Rosemary M. Rivas (State Bar No. 209147)
rrivas@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
505 Montgomery Street, Suite 300
San Francisco, California 94111
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

Marc L. Godino (State Bar No. 182689)
mgodino@glancylaw.com
**GLANCY BINKOW & GOLDBERG LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Individual*
*and Representative Plaintiffs Aleta Lilly and David Cox*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALETA LILLY and DAVID COX, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　　vs.<br>JAMBA JUICE COMPANY and INVENTURE FOODS, INC., formerly known as The Inventure Group, Inc.,<br><br>　　　　　Defendants. | Case No. 3:13-cv-02998 JST<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE OCTOBER 23, 2013 CASE MANAGEMENT CONFERENCE FOR THE SAME DATE AND TIME AS THE HEARING ON DEFENDANT'S MOTION TO DISMISS** |

WHEREAS, a case management conference is currently scheduled for October 23, 2013 at 2:00 p.m.

WHEREAS, Defendants' motion to dismiss is currently scheduled for November 21, 2013 at 2:00 p.m.

WHEREAS, counsel for Plaintiffs have a conflict on October 23, 2013.

WHEREAS, the parties believe it is in the interests of judicial economy and efficiency to hold the case management conference at the same date and time as the Defendants' motion to dismiss.

WHEREAS, THE PARTIES HEREBY STIPULATE AND AGREE as follows:

1) The case management conference currently scheduled on October 23, 2013 at 2:00 p.m. is continued to November 21, 2013 at 2:00 p.m.

DATED: October 1, 2013     **FINKELSTEIN THOMPSON LLP**

By: /s/ Rosemary M. Rivas
    Rosemary M. Rivas

*Counsel for Plaintiffs Aleta Lilly and David Cox*

**OSBORN MALEDON**

DATED: October 1, 2013     By: /s/ Maureen Beyers[1] w/permission
    Maureen Beyers

*Counsel for Defendants Jamba Juice Company and Inventure Foods, Inc*

### [PROPOSED] ORDER

---

[1] Attestation under General Order 45, I, Rosemary M. Rivas, attest that the concurrence of the filing of this document has been obtained from Maureen Beyers, which shall serve in lieu of her signature.

1  Based on the foregoing stipulation and good cause being shown, the Court hereby GRANTS the parties' Stipulation. The Court hereby orders as follows:

1. The Case Management Conference scheduled for October 23, 2013 at 2:00 p.m. is continued to November 21, 2013 at 2:00 p.m.

**IT IS SO ORDERED.**

Date:  October 4, 2013

_____
Hon. Jon S. Tigar
United States District Court Judge