Rosemary M. Rivas (State Bar No. 209147)
rrivas@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
505 Montgomery Street, Suite 300
San Francisco, California 94111
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

Marc L. Godino (State Bar No. 182689)
mgodino@glancylaw.com
**GLANCY BINKOW & GOLDBERG LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201~9160

*Attorneys for Plaintiffs*

David B. Rosenbaum (*pro hac vice*)
(drosenbaum@omlaw.com)
Maureen Beyers (*pro hac vice*)
(mbeyers@omlaw.com)
James K. Rogers (*pro hac vice*)
(jrogers@omlaw.com)
**OSBORN MALEDON, P.A.**
2929 North Central Avenue
Phoenix, Arizona 85012-2793
Telephone:   602-640-9000
Facsimile:   602-640-9050

Robert S. Niemann (State Bar #87973)
(niemann@khlaw.com)
**KELLER AND HECKMAN LLP**
One Embarcadero Center, Suite 2110
San Francisco, California 94111
Telephone:   415-948-2800
Facsimile:   415-948-2808

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALETA LILLY and DAVID COX, on behalf of himself and all other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JAMBA JUICE COMPANY and INVENTURE FOODS, INC., formerly known as The Inventure Group, Inc.,<br><br>Defendants. | Case No. 3:13-cv-02998-JST<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER SELECTING ADR PROCESS**<br><br>Honorable Jon S. Tigar<br><br>Complaint Filed: June 28, 2013<br>Trial Date: None Set |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐   Non-binding Arbitration (ADR L.R. 4)

☐   Early Neutral Evaluation (ENE)   (ADR L.R. 5)

☐   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

    X    Private ADR *(please identify process and provider)*

The parties agree that no later than ninety (90) days following the Court's ruling on Plaintiffs' motion for class certification that they will arrange a meeting with Hon. Daniel Weinstein (Ret.) of JAMS to attempt to mediate a resolution in this matter.

The parties agree to hold the ADR session by:

☐    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

X    other requested deadline: No later than ninety (90) days following the Court's ruling on Plaintiffs' motion for class certification.

2

Dated: October 8, 2013

          **FINKELSTEIN THOMPSON LLP**

          By: s/
          Rosemary M. Rivas
          505 Montgomery Street, Suite 300
          San Francisco, CA 94111

          Marc L. Godino
          **GLANCY BINKOW & GOLDBERG LLP**
          1925 Century Park East, Suite 2100
          Los Angeles, CA 90067

          *Attorneys for Plaintiffs*

Dated: October 8, 2013

          **OSBORN MALEDON, P.A.**

          By: s/
          David B. Rosenbaum (*pro hac vice*)
          Maureen Beyers (*pro hac vice*)
          James K. Rogers (*pro hac vice*)
          2929 North Central Avenue, 21st Floor
          Phoenix, Arizona 85012-2793

          **KELLER AND HECKMAN LLP**
          Robert S. Niemann
          One Embarcadero Center, Suite 2110
          San Francisco, California 94111

          *Attorneys for Defendants*

**[PROPOSED] ORDER**

☒ X    The parties' stipulation is adopted and IT IS SO ORDERED.

☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: October 15, 2013   _____



4