Rosemary M. Rivas (State Bar No. 209147)
rrivas@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
505 Montgomery Street, Suite 300
San Francisco, California 94111
Telephone: (415) 398-8700/Facsimile: (415) 398-8704

Marc L. Godino (State Bar No. 182689)
mgodino@glancylaw.com
**GLANCY BINKOW & GOLDBERG LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150/Facsimile: (310) 201-9160

*Counsel for Individual and Representative*
*Plaintiffs Aleta Lilly and David Cox*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALETA LILLY and DAVID COX, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>JAMBA JUICE COMPANY and INVENTURE FOODS, INC., formerly known as The Inventure Group, Inc.,<br><br>Defendants. | Case No. 13-cv-02998-JST<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(e)** |

Plaintiffs have reviewed and copied with the Court's Standing Order Governing Administrative Motions to File Materials Under Seal, effective October 1, 2013.

Plaintiffs have reviewed and complied with Civil Local Rule 79-5.

Plaintiffs seek to file portions of the following documents under seal that contain information designated confidential by Defendants Jamba Juice and Inventure Foods, Inc.:

1. Portions of Plaintiffs' Memorandum of Points and Authorities in support of Motion for Class Certification:

| **Page Number** | **Line Number(s)** |
|---|---|
| 2 | 9-11 |
| 4 | 2-6 |
| 7 | 2-4 |
| 10 | 2 |
| 19 | 15-16 |

2. Exhibits 13-15 to the Declaration of Rosemary M. Rivas in Support of Plaintiffs' Motion for Class Certification:

| **Exhibit** | **Designating Entity** | **Description** | **Production Number(s)** |
|---|---|---|---|
| Exhibit 13 | Defendant Inventure Foods | Inventure Foods, Inc.'s Response to Plaintiff's First Set of Interrogatories | N/A |
| Exhibit 14 | Defendant Inventure Foods | Marketing study | IF000036, IF000040, IF000045 |
| Exhibit 15 | Defendant Jamba Juice | Document produced by Defendant Jamba Juice | JJ000101, JJ000139 |

This motion is supported by the accompanying Declaration of Rosemary M. Rivas and a Proposed Order as required by Civil Local Rule 79-5(e).

Plaintiffs note that the information herein that they seek to file under seal was previously ordered under seal in the related closed case titled, *Anderson v. Jamba Juice Co.*, No. 12-cv-01213-JST at Docket No. 97 (attachment 1).

Concurrently with the filing of this administrative motion Plaintiffs will electronically file redacted versions in the public record and restricted unredacted versions.

DATED: February 3, 2014    Respectfully Submitted,

By: */s/ Rosemary M. Rivas*

**FINKELSTEIN THOMPSON LLP**

Rosemary M. Rivas
505 Montgomery Street, Suite 300
San Francisco, California 94111
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

Marc L. Godino (State Bar No. 182689)
mgodino@glancylaw.com
**GLANCY BINKOW & GOLDBERG LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90027
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Individual and Representative Plaintiffs Aleta Lilly and David Cox*