# EXHIBIT 9

Rosemary M. Rivas (State Bar No. 209147)
rrivas@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
505 Montgomery Street, Suite 300
San Francisco, California 94111
Telephone: (415) 398-8700/Facsimile: (415) 398-8704

Marc L. Godino (State Bar No. 182689)
mgodino@glancylaw.com
**GLANCY BINKOW & GOLDBERG LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150/Facsimile: (310) 201-9160

*Counsel for Individual and Representative Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALETA LILLY and DAVID COX, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JAMBA JUICE COMPANY and INVENTURE FOODS, INC., formerly known as The Inventure Group, Inc.,<br><br>Defendants. | Case No. 13-cv-02998 JST<br><br>**DECLARATION OF PLAINTIFF DAVID COX IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge:  Jon S. Tigar<br>Date:   March 27, 2014<br>Time:  2:00 p.m.<br>Ctrm:  9, 19th floor |

I, David Cox, declare as follows:

1. I am over the age of 18 years and I have personal knowledge of the facts contained in this Declaration and can competently testify to the statements contained herein. This declaration is submitted in support of Plaintiffs' Motion for Class Certification in the above captioned matter. Unless otherwise stated, I could testify competently to them if called upon to do so.

2. I am an individual and representative Plaintiff in this case. Through my attorneys, I have brought claims on behalf of other persons in California who bought the products at issue.

3. I am a resident and citizen of the State of California. To the best of my recollection, I purchased Jamba Juice Caribbean Passion Smoothie Kits at issue in the litigation (the "Smoothie Kits") within the last three years at various Target Corporation locations including Mission Viejo, California and Aliso Viejo, California. The Smoothie Kits stated that they were "All Natural."

4. Before making my decision to purchase the Smoothie Kits, I read and relied on the representation that the Smoothie Kits were "All Natural." I believed the "All Natural" representation meant there were no synthetic ingredients or extensively processed ingredients in the Smoothie Kits.

5. I would not have purchased the Smoothie Kits or I would not have paid as much for the Smoothie Kits, had I known that they were not "All Natural."

6. As class representative, I have actively participated in this litigation, including reviewing the complaint and consulting with my attorneys. I have also made myself available to my attorneys and will continue to do so for as long as this case remains active. I will participate in discovery, appear at deposition and at trial as necessary.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. This declaration was executed in Los Angeles, California on January 30, 2014.

_David Cox_
David Cox

---

1

COX DECLARATION ISO PLAINTIFFS' MOTION FOR CLASS CERT.
CASE NO. 13-cv-02998 JST