David B. Rosenbaum, AZ Bar No. 009819 *(Admitted Pro Hac Vice)*
Maureen Beyers, AZ Bar No. 017134 *(Admitted Pro Hac Vice)*
James K. Rogers, AZ Bar No. 027287 *(Admitted Pro Hac Vice)*
Anna H. Finn, AZ Bar No. 026738 *(Admitted Pro Hac Vice)*
OSBORN MALEDON, P.A.
2929 N. Central Avenue, Suite 2100
Phoenix, Arizona  85012-2793
(602) 640-9000
drosenbaum@omlaw.com
mbeyers@omlaw.com
jrogers@omlaw.com
afinn@omlaw.com

Robert S. Niemann (State Bar #87973)
KELLER AND HECKMAN LLP
One Embarcadero Center, Suite 2110
San Francisco, California  94111
Telephone:      415-948-2800
Facsimile:       415-948-2808
niemann@khlaw.com

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALETA LILLY and DAVID COX, on behalf of themselves and all others similarly situated,<br><br>                              Plaintiffs,<br><br>vs.<br><br>JAMBA JUICE COMPANY and INVENTURE FOODS, INC., formerly known as The Inventure Group, Inc.,<br><br>                              Defendants. | Case No. 3:13-cv-02998-JST<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ON MOTION FOR CLASS CERTIFICATION**<br><br>Complaint Filed:  June 28, 2013<br>Trial Date: None Set |

**WHEREAS:**

1.      Defendants served written discovery on Plaintiffs on January 10, 2014;

2.      Plaintiffs filed Notice of Motion and Motion for Class Certification on February 3, 2014 (Motion);

1

3.       The Parties have scheduled a mediation before Judge Catherine Yanni on March 31, 2014; and

4.       The Parties wish to set a stipulated briefing schedule for the Motion by which they may not only file their respective briefs, but also allow the Defendants sufficient time to conduct the depositions of the Plaintiffs, and for the parties to explore settlement possibilities, including participation in their scheduled March 31, 2014 mediation.

**NOW THEREFORE**, the parties hereby stipulate as follows:

1.       Defendants' Response to the Motion may be filed on or before May 16, 2014

2.       Plaintiffs' Reply to the Motion may be filed on or before June 15, 2014

3.       Plaintiff's Motion for Class Certification shall be heard on June 26, 2014.

DATED this 11th day of February, 2014.

OSBORN MALEDON, P.A.


By:  /s/ Maureen Beyers
     David B. Rosenbaum (*pro hac vice*)
     Maureen Beyers (*pro hac vice*)
     James K. Rogers (*pro hac vice*)
     Anna H. Finn (*pro hac vice*)

     Robert S. Niemann
     KELLER AND HECKMAN LLP
     One Embarcadero Center, Suite 2110
     San Francisco, California  94111

Attorneys for Defendants


FINKELSTEIN THOMPSON LLP


By:  /s/ Rosemary M. Rivas (with permission)
     Rosemary M. Rivas (SBN 209147)
     (rrivas@finkelsteinthompson.com)
     Danielle A. Stoumbos (SBN 264784)
     (dstoumbos@finklesteinthompson.com)
     100 Bush Street, Suite 1450
     San Francisco, CA  94104

Attorneys for Plaintiff Kevin Anderson on behalf of himself and all other similarly situation

2

1

**ATTESTATION UNDER GENERAL ORDER 45**

2

I, Maureen Beyers, attest that the concurrence in the filing of this document has been obtained

3

from Rosemary M. Rivas, which shall serve in lieu of her signature.

4

/s/ Maureen Beyers

5

6

**CERTIFICATE OF SERVICE**

7

8

I hereby certify that on February 11, 2014, I electronically transmitted the attached document to
the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing
to all CM/ECF registrants:

9

10

/s/ Lindsay B. Jensen

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE
ON MOTION FOR CLASS CERTIFICATION

**[PROPOSED] ORDER**

Pursuant to stipulation and good cause being shown,

**IT IS SO ORDERED.**

Date: <u>February 12, 2014</u>   _____

Honorable Jon S. Tigar
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE
ON MOTION FOR CLASS CERTIFICATION