Rosemary M. Rivas (State Bar No. 209147)
rrivas@finkelsteinthompson.com
**FINKELSTEIN THOMPSON LLP**
505 Montgomery Street, Suite 300
San Francisco, California 94111
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

Marc L. Godino (State Bar No. 182689)
mgodino@glancylaw.com
**GLANCY BINKOW & GOLDBERG LLP**
1925 Century Park E Ste 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Individual and Representative Plaintiffs Aleta Lilly and David Cox*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALETA LILLY and DAVID COX, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JAMBA JUICE COMPANY and INVENTURE FOODS, INC., formerly known as The Inventure Group, Inc.,<br><br>Defendants. | Case No. 13-cv-02998-JST<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER AMENDING BRIEFING SCHEDULE AND HEARING DATE ON MOTION FOR CLASS CERTIFICATION**<br><br>Complaint Filed: June 28, 2013<br>Trial Date: None Set |

WHEREAS, Plaintiffs Aleta Lilly and David Cox ("Plaintiffs") filed a Motion for Class Certification on February 3, 2014.

WHEREAS, Defendants Jamba Juice Company's and Inventure Foods, Inc.'s ("Defendants") Response to the Motion for Class Certification is due on May 16, 2014.

WHEREAS, Plaintiffs and Defendants participated in an all-day mediation on March 31, 2014 with Catherine Yanni of JAMS; no agreement was reached at the mediation, but the parties have continued discussions with Ms. Yanni by telephone.

WHEREAS, Defendants have asked to take the depositions of Plaintiffs. Plaintiff David Cox has been involved in a car accident and is undergoing therapy. As a result, he will not be available for deposition until some time in May 2014.

IT IS HEREBY STIPULATED by the parties' attorneys of record, as follows:

1. Defendants' Response to the Motion for Class Certification is due on or before June 30, 2014.

2. Plaintiffs' Reply to the Motion for Class Certification is due on or before July 30, 2014.

3. Plaintiffs' Motion for Class Certification shall be heard on or before August 21, 2014.

DATED: April 29, 2014      **FINKELSTEIN THOMPSON LLP**

By: /s/ Rosemary M. Rivas (with permission)
Rosemary M. Rivas
505 Montgomery Street, Suite 300
San Francisco, California 94111
Telephone: (415) 398-8700
Facsimile: (415) 398-8704

**GLANCY BINKOW & GOLDBERG LLP**
Marc L. Godino
1925 Century Park E Ste 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Individual and Representative Plaintiffs Aleta Lilly and David Cox*

| | | |
|---|---|---|
| 1 | DATED: April 29, 2014 | **OSBORN MALEDON** |
| 2 | | By: /s/ James K. Rogers |
| | | James K. Rogers (*pro hac vice*) |
| 3 | | David B. Rosenbaum (*pro hac vice*) |
| | | Maureen Beyers (*pro hac vice*) |
| 4 | | Anna H. Finn (*pro hac vice*) |
| 5 | | **KELLER AND HECKMAN LLP** |
| | | Robert S. Neimann (State Bar No. 87973) |
| 6 | | One Embarcadero Center, Suite 2110 |
| 7 | | San Francisco, California 94111 |
| 8 | | *Counsel for Defendants Jamba Juice Company and Inventure Foods, Inc.* |

3

STIP. AND [~~PROPOSED~~] ORDER AMENDING BRIEFING SCHEDULE AND HEARING DATE ON MOT. FOR CLASS CERT
CASE NO. 13-cv-02998-JST

**ATTESTATION UNDER GENERAL ORDER**

I, James K. Rogers, attest that the concurrence in the filing of this document has been obtained from Rosemary M. Rivas, which shall serve in lieu of her signature.

/s/ James K. Rogers

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2014, I electronically submitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

/s/ Debra Huss

4

STIP. AND [~~PROPOSED~~] ORDER AMENDING BRIEFING SCHEDULE AND
HEARING DATE ON MOT. FOR CLASS CERT
CASE NO. 13-cv-02998-JST

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation and good cause being shown,

**IT IS SO ORDERED.**

Date: April 29, 2014

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Jon S. Tigar
NORTHERN DISTRICT OF CALIFORNIA

Hon. Jo
United