UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALETA LILLY, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>JAMBA JUICE COMPANY, et al.,<br><br>        Defendants. | Case No. 13-cv-02998-JST<br><br>**ORDER RESETTING HEARING ON FINAL APPROVAL OF SETTLEMENT AND ATTORNEY FEES**<br><br>Re: ECF No. 66 |

The Court is in receipt of the parties' stipulation requesting to reset the hearing on the Plaintiffs' motion for final approval of settlement and payment of attorney fees from May 14, 2015 to the earlier date of April 23, 2015. ECF No. 66. In light of the Court's schedule, the hearing will be reset to April 30, 2015 at 2:00 P.M. Motions and briefs in support of final approval should be submitted by April 9, 2015.

IT IS SO ORDERED.

Dated: March 20, 2015

_____
JON S. TIGAR
United States District Judge